NETTIE P. BURNHAM, as Executrix of BEEKMAN T. BURNHAM, Deceased, Appellant, *v.* EMILY A. BURNHAM et al., Respondents.

*Burnham* v. *Burnham,* 46 App. Div. 513, affirmed.
(Argued January 18, 1901; decided February 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

January 11, 1900, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*William B. Ellison, Rufus L. Weaver* and *Arnold L. Davis* for appellant.

*William Forse Scott* and *Charles Strauss* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, LANDON and CULLEN, JJ.